**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Realty Executives International Services LLC, <br><br>             Plaintiff/Counterdefendant, <br><br> v. <br><br> Devonshire Western Canada Limited, et al., <br><br>             Defendants/Counterclaimants. | No. CV-17-02671-PHX-DGC <br><br> **ORDER** |

Plaintiff Realty Executives International Services LLC ("REI") sued Defendants Devonshire Western Canada Limited ("Devonshire"), Bill Tarrabain, Philippe Roy, Rick Rowswell, and Gary Kirkham for various breach of contract and tort law claims in Arizona state court in June 2017. *See* Doc. 1. After removing to this Court, Defendants asserted counterclaims. Docs. 1, 35. The parties cross-moved for summary judgment. Docs. 109, 114.  In August 2020, the Court granted summary judgment for Defendants on all of Plaintiff's claims, denied Plaintiff's cross-motion on its claims, and granted in part Plaintiff's motion on Defendants' counterclaims. Doc. 130.

Defendants have now filed a motion for attorney's fees, which Plaintiff moves to strike. Docs. 134, 143. Plaintiff states that it intends to appeal the Court's summary judgment order and requests that the Court deny Defendants' attorney's fees motion without prejudice to be renewed following disposition of the matter on appeal. Doc. 144 at 3. Defendants express skepticism about whether Plaintiff will actually appeal, and argue

that the prevailing party need not wait until after resolution of an appeal to apply for fees. Doc. 147 at 7.

The result of the appeal could affect the Court's consideration of the motion for attorneys' fees. *Madrid v. Concho Elementary Sch. Dist. No. 6 of Apache Cty.*, No. CV-07-8103-PCT-DGC, 2010 WL 2991562, at *1 (D. Ariz. July 26, 2010) (quoting *In re Farmers Ins. Exch.*, No. 33–1439(A), 2009 WL 3834034, at *3 (D. Or. Nov.13, 2009)). In the interest of judicial economy, the Court will not rule on Defendants' motion for fees until after the appeal. The Court will deny the motion without prejudice, and deny Plaintiff's motion to strike as moot.

**IT IS ORDERED:**

1. Defendants' motion for attorney's fees (Doc. 134) is **denied without prejudice.**

2. Defendants may refile their motion and supporting documents (Docs. 134-35) within **30 days after the appeal is final or, if no appeal is filed, within 30 days after the time for appeal has expired**. Plaintiff shall have **14 days** to file a response, and Defendants shall have **7 days** to file a reply.

3. Plaintiff's motion to strike (Doc. 143) is **denied** as moot.

Dated this 2nd day of December, 2020.

David G. Campbell
Senior United States District Judge